Ramon PEREZ, Appellant,

v.

The STATE of Texas, Appellee.

No. 53375.

Court of Criminal Appeals of Texas.

Jan. 19, 1977.

Louis A. Perez, Jr., San Angelo, for appellant.

Jim D. Vollers, State's Atty., and David S. McAngus, Asst. State's Atty., Austin, for the State.

OPINION

DOUGLAS, Judge.

The conviction is for assault with a motor vehicle. Punishment was assessed at ten days in jail and a fine of $25.00.

■ The complaint and information do not charge an offense. They allege that appellant did then and there unlawfully "commit the offense of assault with a motor vehicle against the peace and dignity of the State."

■ In 8 Tex.Jur.2d, Section 373, page 12, the correct rule is found. It is as follows:

> "The offense of assault must arise out of the collision of the vehicle with a person, or a causing of injury to a person. And the assault may consist of the vehicles striking a person's body or its striking a vehicle in which a person is riding, or its striking a vehicle that is thereby caused to strike the victim; . . . ."

See also *McCollum v. State*, 171 Tex.Cr.R. 158, 346 S.W.2d 126 (1961).

Because no offense is charged, the judgment and the prosecution are ordered dismissed.